AO 91 (Rev. 11/11)   Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
**FILED**

SEP ~ 9 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Vanessa Michelle MOLINA | ) Case No. B-19-895-MJ |
| 73650-379 | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 5, 2019___ in the county of ___Cameron___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. Section 751 (a) | On or about September 5, 2019, the defendant did Unlawfully and Willfully Escape Federal Custody, after having been lawfully committed on or about November 18, 2014 to the custody of the Attorney Genderal by virtue of a Judgement and Commitment order of the United States District Court for the Southern District of Texas, pursuant to a conviction for Harboring Certain Alien Within the United States violation of Titiel 8 U.S.C Section 1324(a)(1)(A)(iii) and1324(a)(1)(A)(v)(II). |

This criminal complaint is based on these facts:

On September 5, 2019, Reality House (Halfway House) staff reported inmate MOLINA, Vanessa failed to appear for a mandatory count at approximately 10:10pm. Reality House staff made several unsuccessful attempts to contact MOLINA. Bureau of Prisons Reentry Manager was notified and MOLINA was subsequently placed on escape status.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

David J. Gavito, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___09/09/2019___

_____
*Judge's signature*

City and state: ___Brownsville, Texas___     Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*